# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PERIODONTAL ASSOCIATES OF MEMPHIS, P.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil No. 2:16-cv-2751-SHM-tmp ) |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO SUBSTITUTE NAMED DEFENDANT

Before the Court is defendant's February 28, 2017 unopposed motion to substitute the named defendant (D.E. 21). For good cause shown, the motion is GRANTED and Peerless Indemnity Insurance Company is substituted as the defendant in this action in place of Liberty Mutual Insurance Company. All future filings shall be styled *Periodontal Associates of Memphis, P.C. v. Peerless Indemnity Insurance Company*. Liberty Mutual Insurance Company is hereby dismissed without prejudice from this action.

SO ORDERED this 1st day of March, 2017.

                                        *s/ Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE