# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

99.5912

_____

**PERIODONTAL ASSOCIATES OF MEMPHIS, P.C.**

    **PLAINTIFF,**

**VS.**                                            **NO. 2:16-cv-02751**

**PEERLESS INDEMNITY INSURANCE COMPANY,**

    **DEFENDANT.**

## NOTICE OF SETTLEMENT

In compliance with LR 83.13(a), undersigned counsel, on behalf of all parties notifies this Court that all matters in controversy in this cause of action are settled pending the execution of final documents. The parties will file a stipulation of dismissal and otherwise comply with LR 83.13(b).

                                                  Respectfully submitted,

                                                  **McNABB, BRAGORGOS, BURGESS, & SORIN, PLLC**

                                                  s/*Pam Warnock Blair*
                                                  PAM WARNOCK BLAIR #10407
                                                  Attorney for Plaintiff
                                                  81 Monroe, Sixth Floor
                                                  Memphis, Tennessee 38103
                                                  Telephone: (901) 624-0640
                                                  pblair@mbbslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2017, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon all parties as indicated below. Parties may also access this filing through the Court's ECF system.

| | |
|---|---|
| Jason M. Bergeron, Esq. | Douglas W. Langdon, Esq. |
| FROST BROWN TODD LLC | J. Kendrick Wells, IV, Esq. |
| The Pinnacle at Symphony Place | FROST BROWN TODD LLC |
| 150 3rd Avenue South, Suite 1900 | 400 West Market Street, 32nd Floor |
| Nashville, TN 37201 | Louisville, KY 40202-3363 |

                                               **s/***Pam Warnock Blair*
                                               PAM WARNOCK BLAIR

S:\ACTIVE FILES\5912.99\SUBSTANTIVE\NOTICE OF SETTLEMENT.docx