UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**PERIODONTAL ASSOCIATES OF MEMPHIS, P.C.,**

    Plaintiff,

VS.                                    Cv. No. 16-2751-SHM

**PEERLESS INDEMNITY INSURANCE COMPANY,**

    Defendant.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice in accordance with the Order of Dismissal docketed January 30, 2018. Each party shall bear its own costs except as indicated in the written settlement agreement. The parties waive any and all rights of appeal from the dismissal of this action.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *January 30, 2018* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | *s/ Zandra Frazier* |
|  | (By) DEPUTY CLERK |